## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)   3:09-md-02100-DRH<br>)<br>)   MDL No. 2100<br>) |

**This Document Relates To:**

| | |
|---|---|
| *Jamie Naughton v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10194-DRH |
| *Vikki Pointer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11474-DRH |
| *Angela Stokes v. Bayer Corporation, et al.* | No. 12-cv-10403-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on January 8, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
      **Deputy Clerk**

Dated:  January 11, 2014

David R.
Herndon
2014.01.11
05:34:56 -06'00'

APPROVED:

CHIEF JUDGE
U. S. DISTRICT COURT